USDC- BALTIMORE
'25 AUG 21 AM10:37

KG: USAO: 2025R00315

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. BAH 25cr259 |
| v. | * | |
| | * | (Firearm Possession While Under a |
| DELANTAE PHILLIPS, | * | Domestic Violence Restraining |
| | * | Order, 18 U.S.C. § 922(g)(8); |
| Defendant. | * | Forfeiture, 18 U.S.C. § 924(d), 21 |
| | * | U.S.C. § 853, 28 U.S.C. § 2461(c)) |

\* \* \* \* \* \* \* \*

## INDICTMENT

### COUNT ONE
**(Firearm Possession While Under a Domestic Violence Restraining Order)**

The Grand Jury for the District of Maryland charges that:

On or about May 24, 2025, in the District of Maryland, the Defendant,

**DELANTAE PHILLIPS,**

knowing he was subject to a court order issued on July 22, 2024, under case number D-08-FM-24-001569, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess a firearm and ammunition, to wit, a Glock model 21 .45 caliber handgun bearing serial number XUA119 and approximately twelve (12) rounds of .45 caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(8)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**DELANTAE PHILLIPS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to:

   a. a Glock model 21 .45 caliber handgun bearing serial number XUA119; and

   b. approximately twelve (12) rounds of .45 caliber ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

_8/21/2025_____
Date

3